379 A.2d 619

Commonwealth ex rel. Calvanese, Appellant, v. Calvanese.

Argued December 10, 1976. Stephen J. Folkman, for appellant; Joseph D. Montgomery, III, for appellee.

Order affirmed; petition for reargument denied November 10, 1977.

HOFFMAN, J., dissents and would remand for an increase in appellee's support obligation.

SPAETH, J., did not participate in the consideration or decision of this case.